425 A.2d 838

Commonwealth v. Williams, Appellant.

Submitted November 16, 1979. John R. Cook, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.